UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:04-00191 |
| | ) | JUDGE ECHOLS |
| | ) | |
| AHMED HASSAN AL-UQAILY | ) | |

**POSITION OF THE DEFENDANT WITH RESPECT TO SENTENCING FACTORS**

**COMES** the defendant, Ahmed Hassan Al-Uqaily, by and through counsel, David Baker, pursuant to Administrative Order #117 (USDC MDTENN) and herein sets forth his position concerning any objections and clarifications to the presentence investigation report in this matter.

The defendant has no objections to the presentence investigation report in this matter.

Respectfully submitted,

　s/　David Baker
David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Ahmed Hassan Al-Uqaily

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Eli Richardson, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

                                                s/   David Baker
                                                David Baker